**No. 10-5540. Edwin George Cooper, Petitioner v. United States.**

562 U.S. 928, 131 S. Ct. 315, 178 L. Ed. 2d 206, 2010 U.S. LEXIS 7296.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 375 Fed. Appx. 955.

**No. 10-5542. Erin Richardson, Petitioner v. California.**

562 U.S. 928, 131 S. Ct. 316, 178 L. Ed. 2d 206, 2010 U.S. LEXIS 7499.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

**No. 10-5543. Miguel Hiram Bernazal, Petitioner v. United States.**

562 U.S. 928, 131 S. Ct. 316, 178 L. Ed. 2d 206, 2010 U.S. LEXIS 7227.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-5544. Luis J. Alcalde, Petitioner v. United States.**

562 U.S. 928, 131 S. Ct. 316, 178 L. Ed. 2d 206, 2010 U.S. LEXIS 7439.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-5545. Orestes Cabrera, Petitioner v. United States.**

562 U.S. 928, 131 S. Ct. 316, 178 L. Ed. 2d 206, 2010 U.S. LEXIS 7157,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 367 Fed. Appx. 78.

**No. 10-5546. David Scaggs, Petitioner v. United States.**

562 U.S. 928, 131 S. Ct. 316, 178 L. Ed. 2d 206, 2010 U.S. LEXIS 7495.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 377 Fed. Appx. 653.

**No. 10-5547. Anthony L. Hall, Jr., Petitioner v. United States.**

562 U.S. 928, 131 S. Ct. 316, 178 L. Ed. 2d 206, 2010 U.S. LEXIS 7451.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 373 Fed. Appx. 588.